**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7239**

JONATHAN HENSLEE,

Plaintiff - Appellant,

v.

SINGLETON, Avery/Mitchell Correctional Officer,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.   Robert J. Conrad, Jr., District Judge.  (1:13-cv-00090-RJC)

Submitted:  November 20, 2014      Decided:  November 25, 2014

Before KING and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Jonathan Leigh Henslee, Appellant Pro Se.  Kimberly D. Grande, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Leigh Henslee seeks to appeal the district court's order denying Henslee's motion for reconsideration of the court's order denying his motion for appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Henslee seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny as moot Henslee's motion to expedite and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED